B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Western District of Missouri (Kansas City)

In re Aubrey Bell                              ,                    Case No. 23-40226

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Scolopax, LLC | Plaza Services |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    Scolopax, LLC
    C/O WEINSTEIN & RILEY, PS
    1415 WESTERN AVE, SUITE 700
    SEATTLE, WA 98101
Phone: (877) 332-3543
Last Four Digits of Acct #: 1126

Court Claim # (if known): 6
Amount of Claim: $1,486.99
Date Claim Filed: March 30, 2023

Phone: _____
Last Four Digits of Acct. #: 1126

Name and Address where transferee payments should be sent (if different from above):
    Scolopax, LLC
    C/O WEINSTEIN & RILEY, PS
    P.O. BOX 3978
    Seattle, WA 981243978
Phone: (877) 332-3543
Last Four Digits of Acct #: 1126

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Jordan Morrison, Supervisor          Date: May 28, 2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

48134665

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Transfer of Claim Other Than for Security was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on May 28, 2024:

Trustee via E-Filing
RICHARD FINK
info@wdmo13.com

Debtors' Counsel via E-Filing
RYAN A BLAY
bankruptcy@wagonergroup.com

/s/ Jordan Morrison, Supervisor
Jordan Morrison, Supervisor

48134665